1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:     (415) 436-7071
8     Facsimile:     (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                          UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA, | ) | CR No. 08-70231 JL |
   |---|---|---|
17 |    Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. |
18 | v. | ) ) | P. 5.1 and 18 U.S.C. § 3161 |
19 | GILBERTO NARANJO AVILA, | ) ) | |
20 |    Defendant. | ) ) | |
21 | | ) | |

22       On April 17, 2008, the parties in this case appeared before the Court for the defendant's

23 initial appearance.  At that time, the parties requested, and the Court agreed, to set the date for

24 the defendant's preliminary hearing and arraignment on May 5, 2008.  The parties further

25 stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits

26 set forth in FRCP 5.1(c) be excluded from April 17, 2008, through May 5, 2008.  The parties

27 agree that, taking into account the public interest in prompt disposition of criminal cases, good

28 cause exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70231 JL                                                                                                   1

1   The defendant also agrees to exclude for this period of time any time limits applicable under
2   18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time
3   necessary for continuity of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also
4   agreed that the ends of justice served by granting such a continuance outweighed the best
5   interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
6
7   SO STIPULATED:
8
                                    JOSEPH P. RUSSONIELLO
9                                   United States Attorney
10
11  DATED: April 28, 2008                    /s/
                                    TAREK J. HELOU
12                                  Assistant United States Attorney
13
14  DATED: April 28, 2008                    /s/
                                    ELIZABETH M. FALK
15                                  Attorney for Defendant GILBERTO NARANJO AVILA
16
17      For the reasons stated above, the Court finds that exclusion of time from April 17, 2008
18  through May 5, 2008 is warranted and that the ends of justice served by the continuance
19  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
20  (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny the
21  defendant continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C.
22  §3161(h)(8)(B)(iv).
23
24  SO ORDERED.
25
26  DATED:_____
                                    THE HONORABLE JAMES LARSON
27                                  United States District Judge
28