| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | TAREK J. HELOU (CABN 218225)<br>Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7071 |
| 8 | Facsimile: (415) 436-7234<br>Tarek.J.Helou@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-70231 JL |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. |
| v. | ) ) | P. 5.1 and 18 U.S.C. § 3161 |
| GILBERTO NARANJO AVILA, | ) ) | |
| Defendant. | ) ) | |

On April 17, 2008, the parties in this case appeared before the Court for the defendant's initial appearance. At that time, the parties requested, and the Court agreed, to set the date for the defendant's preliminary hearing and arraignment on May 5, 2008. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from April 17, 2008, through May 5, 2008. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70231 JL                                                                                                                    1

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED: April 28, 2008                   /s/
                              TAREK J. HELOU
                              Assistant United States Attorney

DATED: April 28, 2008                   /s/
                              ELIZABETH M. FALK
                              Attorney for Defendant GILBERTO NARANJO AVILA

For the reasons stated above, the Court finds that exclusion of time from April 17, 2008 through May 5, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny the defendant continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: April 28, 2008                                 /s/ James Larson
                              THE HONORABLE JAMES LARSON
                              United States District Judge